No. 68070.—Organon, Inc. *v.* United States, protest 60/6707(A) abandoned October 3, 1963 (initial No. 59/25497) ; protest 60/14544 abandoned October 3, 1963 (initial No. 60/11448) ; protests 60/17348 and 60/20735 abandoned October 3, 1963 (initial No. 60/17347) ; protests 61/8161, 61/10651, and 61/12428 abandoned October 11, 1963 (initial No. 61/1187) ; and protests 61/14736, 61/14737, 61/17404, and 62/1568 abandoned October 11, 1963 (initial No. 61/14736). (Protests not published.) Plaintiff's application for rehearing granted.

OCTOBER 16, 1963

No. 68071.—APPEAL 5110.—C. J. Tower & Sons *v.* United States.—

(C.A.D. 824) and case set for oral argument.

BEFORE THE FIRST DIVISION, NOVEMBER 4, 1963

No. 68072.—Irving R. Boody & Co., Inc. *v.* United States, protest 62/14675 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of lauric acid, which was maunfactured or produced from coconut oil, produced from copra, the growth of the Philippine Islands, and that the documents required to be filed under regulations issued by the Secretary of the Treasury have been filed, the claim of the plaintiff was sustained.

No. 68073.—Lafair & Sons Co. and Harper, Robinson & Co. *v.* United States, protest 61/9160 (San Francisco).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of glass balls similar in all material respects to those the subject of *Joseph Markovits, Inc.* v. *United States* (45 Cust. Ct. 151, C.D. 2216), the claim of the plaintiffs was sustained.

No. 68074.—American Import Co. and Wheeler & Miller et al. *v.* United States, protests 61/23055, etc. (San Francisco).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of glass balls similar in all material respects to those the subject of *Joseph Markovits, Inc.* v. *United States* (45 Cust. Ct. 151, C.D. 2216), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, NOVEMBER 4, 1963

No. 68075.—Fred Roberts Co. et al. *v.* United States, protests 58/8022, etc. (San Francisco).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to the vacuum brushes the subject of *Bruce Duncan Company, a/c Sims-Worms* v. *United States* (45 Cust. Ct. 85, C.D. 2202), the claim of the plaintiffs was sustained.

No. 68076.—California Floral Mfg. Co. et al. *v.* United States, protests 60/16733, etc. (Los Angeles).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of rice paper similar in all material respects to that the subject of *Floral Arts Studios et al.* v. *United States* (49 Cust. Ct. 43, C.D. 2359), the claim of the plaintiffs was sustained.

No. 68077.—Frank P. Dow Co., Inc. *v.* United States, protest 60/13871 (Seattle).

Opinion by RAO, J. In accordance with oral stipulation of counsel that the merchandise, described on the invoice as "Heat Treated Drive Screw Nails,"